**Vernon Bryan OLSON, Appellant,**

v.

**CITY OF SARTELL, Appellee.**

**No. 05–2030.**

United States Court of Appeals, Eighth Circuit.

Submitted July 7, 2005.

Decided July 19, 2005.

Vernon Bryan Olson, Pine River, MN, pro se.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Minnesota inmate Vernon Olson appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action as time-barred by Minnesota's statute of limitations. Having carefully reviewed the record, we affirm. *See Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review). *See* 8th Cir. R. 47B.

---

**1.** The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.